IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Esfandiar Nibkakhsh-Tali, | ) | No. CV 07-1526 PHX-NVW |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Michael B. Mukasey, et al., | ) | |
| Respondents. | ) | |

Before the court is Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241(doc. #1). On May 14, 2008, United States Magistrate Judge Bernardo P. Velasco issued a Report and Recommendation ("R & R") (doc. # 31) in accordance with 28 U.S.C. § 636(b)(1)(B). The R & R recommended that the Petition be granted. Respondents have stated they will comply with the R&R rather than object to it. They now move the court to dismiss the Petition as moot. (Doc. # 34.) Respondents' voluntary compliance with an adverse judicial decision does not moot the case. *Chemical Producers and Distributors Association v. Helliker*, 463 F.3d 871, 877 (9th Cir. 2006).

The court has reviewed the R & R and agrees with the magistrate judge's determinations. Accordingly, the court will accept the R & R and grant the Petition for Writ of Habeas Corpus. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge").

1    IT IS THEREFORE ORDERED accepting the Report and Recommendation of Magistrate Judge Velasco (doc. #31).

IT IS FURTHER ORDERED that Clerk of the Court enter judgment granting Petitioner's Petition for Writ of Habeas Corpus (doc. #1) and directing Respondents to release Petitioner on appropriate conditions. The Clerk shall terminate this action.

DATED this 4th day of June, 2008.

*Neil V. Wake*
Neil V. Wake
United States District Judge